UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

iBASIS, INC.,

        Plaintiff,

-against-

KONINKLIJKE KPN N.V., KPN B.V., CELTIC ICS INC., EELCO BLOK, JOOST FARWERCK, MICHEL HOEKSTRA, W.T.J. HAGEMAN and AD SCHEEPBOUWER,

        Defendants.

09 Civ. 7288 (AKH)
ECF CASE

**STIPULATION DISMISSING THE COMPLAINT WITH PREJUDICE**

WHEREAS, on August 18, 2009, Plaintiff iBasis, Inc. filed a complaint in the above-referenced action (the "Complaint") against Defendants Koninklijke KPN N.V., KPN B.V., Celtic ICS Inc., Eelco Blok, Joost Farwerck, Michel Hoekstra, W.T.J. Hageman and Ad Scheepbouwer ("Defendants"), and

WHEREAS, on November 23, 2009, the parties executed and entered into a Settlement Agreement providing for the dismissal with prejudice of all claims brought in the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel, that the Complaint and all claims brought therein are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

CRAVATH, SWAINE & MOORE LLP

By   /s/ Julie A. North
  Julie A. North (jnorth@cravath.com)
  Darin P. McAtee (dmcatee@cravath.com)

Worldwide Plaza
  825 Eighth Avenue
    New York, NY 10019
      (212) 474-1000

  Attorneys for Defendants Koninklijke KPN N.V., KPN B.V., Celtic ICS Inc., Eelco Blok, Joost Farwerck, Michel Hoekstra, W.T.J. Hageman and Ad Scheepbouwer

GIBSON, DUNN & CRUTCHER LLP

By   /s/ Adam H. Offenhartz
  Adam H. Offenhartz (aoffenhartz@gibsondunn.com)
  David J. Kerstein (dkerstein@gibsondunn.com)
  J. Ross Wallin (rwallin@gibsondunn.com)

200 Park Avenue
  New York, NY 10166
    (212) 351-4000

  Attorneys for Plaintiff iBasis, Inc.